Daniel Cohen, AZ Bar # 032552
CONSUMER ATTORNEYS, PLLC
68-29 Main Street
Flushing, NY 11367
Telephone: (718) 770-7901
Fax: (718) 715-1750
E: dcohen@consumerattorneys.com

Emanuel Kataev, Esq.
*Pro Hac Vice Motion Forthcoming*
68-29 Main Street
Flushing, NY, 11367
(718) 412-2421 (office)
(718) 489-4155 (facsimile)
ekataev@consumerattorneys.com

*Attorneys for Plaintiff*
*Sheena Hunter on behalf of herself*
*and others similarly situated*

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Sheena Hunter, on behalf of herself and others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> Patriot's Promise, A Place at Home, American Healthcare Solutions LLC and Alexandr Caudill <br><br> Defendants. | **Case No.: 2:25-cv-02006-DJH** <br><br> **SUMMONS RETURNED EXECUTED AS TO DEFENDANT PATRIOT'S PROMISE** |

Pursuant to the Federal Rules of Civil Procedure, Rule 4, Plaintiff Sheena Hunter has

served upon Defendant Patriot's Promise copies of the following documents:

1) Issued Summons;

2) Complaint;

3) Civil Cover Sheet;

4) Notice Consent to the Exercise of Jurisdiction of USMJ and

5) Order about Governing Rules

Attached hereto is a copy of the Proof of Service.

Respectfully submitted this 20th day of June 2025.

By: */s/ Daniel Cohen*
Daniel Cohen, AZ Bar # 032552
CONSUMER ATTORNEYS, PLLC
68-29 Main Street
Flushing, NY 11367
Telephone: (718) 770-7901
Fax: (718) 715-1750
E: dcohen@consumerattorneys.com

Emanuel Kataev, Esq.
*Pro Hac Vice Motion Forthcoming*
68-29 Main Street
Flushing, NY, 11367
(718) 412-2421 (office)
(718) 489-4155 (facsimile)
ekataev@consumerattorneys.com

*Attorneys for Plaintiff*
*Sheena Hunter on behalf of herself*
*and others similarly situated*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Arizona

| | |
|---|---|
| Sheena Hunter , on behalf of herself and others similarly situated<br><br>_____<br>*Plaintiff(s)*<br>v.<br>Patriot's Promise, A Place at Home, American Healthcare Solutions LLC and Alexandr Caudill<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.   CV-25-02006-PHX-DJH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Patriot's Promise
c/o John Robert Baskin Sr.
4220 Park Newport
Ste 302
Newport Beach, CA  92660

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Daniel Cohen
CONSUMER ATTORNEYS, PLLC
68-29 Main Street
Flushing, NY 11367
Telephone: (718) 770-7901
E: dcohen@consumerattorneys.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____                                _____
                                                        *Signature of Clerk or Deputy Clerk*

**ISSUED ON  2:33 pm, Jun 10, 2025**

**s/ Debra D. Lucas, Clerk**

Civil Action No. 2:25-cv-02006-DJH

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>PATRIOT'S PROMISE</u> was received by me on *(date)* <u>June 16, 2025</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)*
_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a
person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to
the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>John Robert Baskin Sr</u> , who is designated by law to accept service of
process on behalf of *(name of organization)* <u>PATRIOT'S PROMISE, the following documents: 1) Issued Summons;</u>
<u>2) Complaint; 3) Civil Cover Sheet; 4) Notice Consent to the Exercise of Jurisdiction of USMJ; and 5) Order About</u>
<u>Governing Rules</u> on *(date)* <u>Thursday, June 19, 2025</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $
_____ .

I declare under penalty of perjury that this information is true.

Date: 6/19/2025

_____
*Server's signature*

James Stoner
_____
*Printed name and title*

Medley Serves & Investigations, LLC
3857 Birch Street Ste 174, Newport Beach, CA 92660
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Jun 19, 2025, 10:20 am PDT at COMPANY: 4220 PARK NEWPORT SUITE 302, NEWPORT BEACH,
CA 92660 received by John Robert Baskin Sr. Age: 65; Ethnicity: Caucasian; Gender: Male; Weight: 190; Height: 6'2"; Hair:
Brown; Eyes: Green; Other: Glasses ;
I identified the defendant by name and he acknowledged that he was the defendant by saying yes. I served the Summons and all
supporting documents to the defendant. The defendant accepted service.