Emanuel Kataev, Esq.
*Pro Hac Vice Admitted*
68-29 Main Street
Flushing, NY, 11367
(718) 412-2421 (office)
(718) 489-4155 (facsimile)
ekataev@consumerattorneys.com

Daniel Cohen, AZ Bar # 032552
CONSUMER ATTORNEYS, PLLC
68-29 Main Street
Flushing, NY 11367
Telephone: (718) 770-7901
Fax: (718) 715-1750
E: dcohen@consumerattorneys.com

*Attorneys for Plaintiff*
*Sheena Hunter on behalf of herself*
*and others similarly situated*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Sheena Hunter, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Patriot's Promise, A Place at Home, American Healthcare Solutions LLC and Alexandr Caudill<br><br>Defendants. | **Case No.: 2:25-cv-02006-DJH**<br><br>**SUMMONS RETURNED EXECUTED AS TO A PLACE AT HOME ONLY** |

Pursuant to the Federal Rules of Civil Procedure, Rule 4, Plaintiff Sheena Hunter has served upon Defendant A Place at Home copies of the following documents:

1) Issued Summons;


2) Complaint;

3) Civil Cover Sheet;

4) Notice Consent to the Exercise of Jurisdiction of USMJ and

5) Order about Governing Rules.

Attached hereto is a copy of the Proof of Service.

Respectfully submitted this 23rd day of July, 2025.

By: */s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
*Pro Hac Vice Admitted*
68-29 Main Street
Flushing, NY, 11367
(718) 412-2421 (office)
(718) 489-4155 (facsimile)
ekataev@consumerattorneys.com

Daniel Cohen
Daniel Cohen, AZ Bar # 032552
CONSUMER ATTORNEYS, PLLC
68-29 Main Street
Flushing, NY 11367
Telephone: (718) 770-7901
Fax: (718) 715-1750
E: dcohen@consumerattorneys.com

*Attorneys for Plaintiff*
*Sheena Hunter on behalf of herself*
*and others similarly situated*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Arizona

| | |
|---|---|
| Sheena Hunter, on behalf of herself and others similarly situated<br><br>*Plaintiff(s)*<br>v.<br>Patriot's Promise, A Place at Home, American Healthcare Solutions LLC and Alexandr Caudill<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. CV-25-02006-PHX-DJH<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  A Place at Home
415 N Mckinley St Ste 447
Little Rock, AR 72205-3048

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Daniel Cohen
CONSUMER ATTORNEYS, PLLC
68-29 Main Street
Flushing, NY 11367
Telephone: (718) 770-7901
E: dcohen@consumerattorneys.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                                                       _____
*Signature of Clerk or Deputy Clerk*

**ISSUED ON  2:33 pm, Jun 10, 2025**

**s/ Debra D. Lucas, Clerk**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:25-cv-02006-DJH

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* A Place At Home was received by me on *(date)* June 17, 2025.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Courtney Hampton , who is designated by law to accept service of process on behalf of *(name of organization)* A Place At Home c/o Arkansas Secretary of State, the following documents: 1) Issued Summons; 2) Complaint; 3) Civil Cover Sheet; 4) Notice Consent to the Exercise of Jurisdiction of USMJ; and 5) Order About Governing Rules on *(date)* Tuesday, July 8, 2025 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

Victor Coleman Perry, Pulaski, Saline
_____
*Printed name and title*

Medley Serves & Investigation, LLC
3800 South Caraway Road Ste 22 , Jonesboro, AR 72404
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Unsuccessful Attempt: Jun 17, 2025, 12:25 pm CDT at COMPANY: 415 N MCKINLEY STREET SUITE 447, LITTLE ROCK , AR 72205
Spoke to Mrs Sanchez she stated this business is a separate franchise from the one involved . We are not associated in any way. Seperate entity's.

2) Successful Attempt: Jul 8, 2025, 2:08 pm CDT at Secretary of State: 1401 West Capitol Avenue Suite 250, Little Rock, AR 72201 received by c/o ARKANSAS SECRETARY OF STATE. Age: 30; Ethnicity: African American; Gender: Female; Weight: 125; Height: 5'6"; Hair: Black; Eyes: Brown; Other: Served to Courtney Hampton at Secretary of States Office. ; Served at Secretary of States Office.