Emanuel Kataev, Esq.
*Pro Hac Vice Admitted*
68-29 Main Street
Flushing, NY, 11367
(718) 412-2421 (office)
(718) 489-4155 (facsimile)
ekataev@consumerattorneys.com

Daniel Cohen, AZ Bar # 032552
CONSUMER ATTORNEYS, PLLC
68-29 Main Street
Flushing, NY 11367
Telephone: (718) 770-7901
Fax: (718) 715-1750
E: dcohen@consumerattorneys.com

*Attorneys for Plaintiff*
*Sheena Hunter on behalf of herself*
*and others similarly situated*

### UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA

| | |
|---|---|
| Sheena Hunter, on behalf of herself and others similarly situated, | **Case No.: 2:25-cv-02006-DJH** |
| Plaintiff, | **SUMMONS RETURNED EXECUTED AS TO AMERICAN HEALTHCARE SOLUTIONS LLC ONLY** |
| v. | |
| Patriot's Promise, A Place at Home, American Healthcare Solutions LLC and Alexandr Caudill | |
| Defendants. | |

Pursuant to the Federal Rules of Civil Procedure, Rule 4, Plaintiff Sheena Hunter

has served upon Defendant American Healthcare Solutions LLC copies of the following

documents:

1        1) Issued Summons;

2        2) Complaint;

3

4        3) Civil Cover Sheet;

5        4) Notice Consent to the Exercise of Jurisdiction of USMJ and

6        5) Order about Governing Rules.

7  Attached hereto is a copy of the Proof of Service.

8

9        Respectfully submitted this 25th day of July, 2025.

10        By: */s/ Emanuel Kataev, Esq.*
      Emanuel Kataev, Esq.

11        *Pro Hac Vice Admitted*
      68-29 Main Street

12        Flushing, NY, 11367
      (718) 412-2421 (office)

13        (718) 489-4155 (facsimile)

14        ekataev@consumerattorneys.com

15        Daniel Cohen

16        Daniel Cohen, AZ Bar # 032552
      CONSUMER ATTORNEYS, PLLC

17        68-29 Main Street

18        Flushing, NY 11367
      Telephone: (718) 770-7901

19        Fax: (718) 715-1750

20        E: dcohen@consumerattorneys.com

21

22        *Attorneys for Plaintiff*
      *Sheena Hunter on behalf of herself*

23        *and others similarly situated*

24

25

26

27

28

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Arizona

| | |
|---|---|
| Sheena Hunter , on behalf of herself and others similarly situated | ) ) ) ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| Patriot's Promise, A Place at Home, American Healthcare Solutions LLC and Alexandr Caudill | ) ) ) |
| _____ | ) |
| *Defendant(s)* | ) |

Civil Action No. CV-25-02006-PHX-DJH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  American Healthcare Solutions LLC
c/o Alexandr Caudill
3833 East Sahuaro Drive
Phoenix, AZ 85028

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Daniel Cohen
CONSUMER ATTORNEYS, PLLC
68-29 Main Street
Flushing, NY 11367
Telephone: (718) 770-7901
E: dcohen@consumerattorneys.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2:34 pm, Jun 10, 2025**
**s/ Debra D. Lucas, Clerk**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:25-cv-02006-DJH

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>AMERICAN HEALTHCARE SOLUTIONS, LLC</u> was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because: _____ ; or

☒ Other: <u>Service by Certified mail, accepted by what appears to be Alex Caudell</u> ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 07/25/2025

<br>

_____
*Server's signature*

Chris Medley Knox ID #374
_____
*Printed name and title*

<br>

9234 Kingston Pike Suite 462, Knoxville, TN 37922
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Unsuccessful Attempt: Jun 18, 2025, 6:59 pm MST at COMPANY: 3833 EAST SAHUARO DRIVE, PHOENIX, AZ 85028
I spoke with the current occupant, and african-american, male, 30s, 6 ft, black hair, who stated the subject / agent was unknown and does not reside here. He declined to provide his name. There was a Challenger AZ plate number g3a1dc and a solstice AZ plate number bgf1366 parked in the driveway.

2) Successful Attempt: Jul 25, 2025, 8:42 am EDT at COMPANY: 3833 EAST SAHUARO DRIVE, PHOENIX, AZ 85028
received by c/o ALEXANDR CAUDILL.
Service by Certified mail, accepted by what appears to be Alex Caudell